ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | No. 7-26C-__-14-O |
| KENTROY NADERER (01) | § | |

### INFORMATION

The United States Attorney Charges:

<u>Count One</u>
Possession of a Machinegun
(Violation of 18 U.S.C. §§ 922(o) and 924(a)(2))

On or about June 25, 2025, in the Wichita Falls Division of the Northern District of Texas, the defendant, **Kentroy Naderer**, did knowingly possess a machinegun, that is, an HK brand, Model: MP5, 9mm, bearing serial number 62-445109.

In violation of 18 U.S.C. §§ 922(o) and § 924(a)(2).

**Information – Page 1**

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in Count 1 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures. Upon conviction for the offense(s) alleged, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Kentroy Naderer,** shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Laura.Montes@usdoj.gov

**Information – Page 2**