IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

KENTROY NADERER (01)

No. 7:26-CR-016-O

## FACTUAL RESUME

PLEA: The defendant is pleading guilty to Count One: Possession of a Machinegun (in violation of 18 U.S.C. §§ 922(o) and 924(a)(2))

MAXIMUM PENALTY:
The penalties the Court can impose include:

a. imprisonment for a period not to exceed ten (10) years;
b. a fine not to exceed $250,000, or both a fine and imprisonment;
c. a term of supervised release not to exceed three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of supervised release, the Court may revoke such release term and require that the defendant serve any or all of such term as an additional period of confinement;
d. a mandatory special assessment of $100;
e. forfeiture of property; and
f. costs of incarceration and supervision.

ELEMENTS OF THE OFFENSE:

The government must prove the following elements as to Count One:

First: The defendant knowingly possessed or transferred a machinegun; and

Second: the defendant knew the firearm was a machinegun or was aware of the essential characteristics of the firearm that made it a machinegun.

Under 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b), the term machinegun means any weapon which shoots, is designed to shoot, or can be readily restored to shoot,

automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

STIPULATED FACTS:

On or about June 25, 2025, in the Wichita Falls Division of the Northern District of Texas, Kentroy Naderer (hereinafter "Defendant"), did knowingly possess a machinegun, that is, an HK brand, Model: MP5, 9mm, bearing serial number 62-445109, in violation of 18 U.S.C. § 922(o) and § 924(a)(2).

On or about June 25, 2025, CI-1 met with Defendant in front of a residence located in Wichita Falls, Texas, for the purpose of purchasing a machinegun. While inside of Defendant's vehicle, CI-1 handed Defendant $3,500.00. CI-1 and Defendant then exited his vehicle and opened the trunk, where he retrieved an HK brand, Model: MP5, 9mm, bearing serial number 62-445109, and proceeded to hand said machinegun to CI-1. During the above-mentioned machinegun transaction, Defendant made several statements regarding the fully automatic capacity of the above-mentioned machinegun. Defendant explained that possession of the MP5 machinegun was illegal and that the MP5 machinegun was an original that was worth $30,000.00. Defendant also explained the fully automatic selector markings to CI-1.

A field test was conducted on the HK brand, Model: MP5, 9mm, bearing serial number 62-445109. The results of the above-mentioned field test showed that said firearm was a fully automatic machinegun. Additionally, it was discovered that said firearm was stolen.

Kentroy Naderer stipulates to the facts above and that he possessed a machinegun.

SIGNED this _17th_ day of _January_, 2026.

_____    _____
KENTROY NADERER                      BOB ESTRADA
Defendant                            Counsel for Defendant

Consent to Admin. of Guilty Plea by U.S. Mag. Judge - Page 2